**Order filed February 2, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00519-CV

_____

**STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS AND STATE FARM LLOYDS, Appellants**

**V.**

**ROYA BADAVI, Appellee**

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2008-28043**

## ORDER

The reporter's record in this case was originally due **July 12, 2011**.  *See* Tex. R. App. P. 35.1.  **Michelle Tucker** was granted two extensions of time to file the record, until January 5, 2012.  The court has not received another request to extend time for filing the record.  The record has not been filed with the court.  We therefore issue the following order.

We order **Michelle Tucker** to file the record in this appeal **within 20 days of the date of this order.**  If **Michelle Tucker** does not timely file the record as ordered, the court may issue a show cause order directing her to appear before this court on a date

certain to show cause why she should not be held in contempt for failing to file the record as ordered.   Contempt of court is punishable by a fine and/or confinement in jail.


PER CURIAM